**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| In re: ) | |
| ) | |
| JOHN CAMPBELL McTIERNAN, JR.,) | Case No.  13-20987 |
| ) | |
| ) | Chapter 11 |
| Debtor.  ) | |

---

**STATEMENT UNDER PENALTY OF PERJURY CONCERNING PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. §521(A)(1)(B)(IV)**

---

I, JOHN CAMPBELL McTIERNAN, JR., state as follows:

I did not file with the Court copies of all payment advices or other evidence of payment received within 60 day before the date of the filing of the petition from any employer because:

<u>XXXXXXX</u> a) I was not employed during the period immediately preceding the filing of the above-referenced case

_____ b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

_____ c) I am self-employed and do not receive any evidence of payment;

_____ d) Other (Please Explain)

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated this 18th day of October, 2013.

Debtor-JOHN CAMPBELL McTIERNAN, JR.

<u>/s/ JOHN CAMPBELL McTIERNAN, JR.</u>
By Gail Sistrunk, POA