**B6F (Official Form 6F) (12/07)**

Amended

In re __JOHN CAMPBELL McTIERNAN, JR.__,        Case No. __13-20987__
          Debtor                                                                                   (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3008<br>AMERICAN EXPRESS<br>P.O. BOX 650448<br>DALLAS, TX 75265-0448 | | | Consideration: CREDIT CARD<br>BUSINESS GOLD CARD | | | | 4,525 |
| ACCOUNT NO. 0001<br>AMERICAN EXPRESS<br>P.O. BOX 650448<br>DALLAS, TX 75265-0448 | | | Incurred: 2013<br>Consideration: CREDIT CARD | | | | 326 |
| ACCOUNT NO.<br>ASSOCIATED LEGAL GROUP, LLC<br>1807 CAPITOL AVENUE, SUITE 203<br>CHEYENNE, WY 82001 | | | Consideration: LEGAL FEES | | | | 39,459 |
| ACCOUNT NO.<br>BALLARD SPAHR LLP<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103-7599 | | | Consideration: BALANCE DUE ON ACCOUNT | | | | 51,785 |

__2__ continuation sheets attached                                                                          Subtotal ▶ $ 96,095

                                                                                                                                                                               Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30583-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

*Amended*

In re JOHN CAMPBELL McTIERNAN, JR. , Case No. 13-20987
   Debtor                                                  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4813<br>CARDMEMBER SERVICE<br>P.O. BOX 94014<br>PALATINE, IL 60094-4014 | | | Consideration: CREDIT CARD | | | | 3,882 |
| ACCOUNT NO. 1033<br>CITI CARDS<br>PROCESSING CENTER<br>DES MOINES, IA 50363-0005 | | | Incurred: SINCE 1978<br>Consideration: CREDIT CARD | | | | 41,923 |
| ACCOUNT NO. 6853<br>CITI CARDS<br>PROCESSING CENTER<br>DES MOINES, IA 50363-0005 | | | Consideration: CREDIT CARD | | | | 3,747 |
| ACCOUNT NO. -001<br>DAVIS & CANNON, LLP<br>40 SOUTH MAIN STREET<br>P.O. BOX 728<br>SHERIDAN, WY 82801 | | | Consideration: LEGAL FEES | | | | 4,001 |
| ACCOUNT NO. 105<br>FINANCIAL SERVICES<br>1211 SUNSET PLAZA #506<br>LOS ANGELES, CA 90069 | | | Incurred: 2013<br>Consideration: PROFESSIONAL FEES | | | | 10,375 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 63,928

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Amended

In re __JOHN CAMPBELL McTIERNAN, JR.__,   Case No. __13-20987__
         **Debtor**                                    **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>KAJAN MATHER AND BARRISH<br>9777 WILSHIRE BLVD., SUITE 805<br>BEVERLY HILLS, CA 90212 | | | Consideration: LEGAL FEES | | | | 7,175 |
| ACCOUNT NO.<br>MOHATT RINALDO JOHNSON & GODWIN, LLP<br>2 NORTH MAIN, SUITE 301<br>P.O. BOX 603<br>SHERIDAN, WY 82801 | | | Consideration: ACCOUNTING SERVICES | | | | 3,995 |
| ACCOUNT NO. -STN<br>PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP<br>525 B STREET, SUITE 2200<br>SAN DIEGO, CA 92101 | | | Consideration: LEGAL FEES | | | | 15,650 |
| ACCOUNT NO. -STN<br>PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP<br>525 B STREET, SUITE 2200<br>SAN DIEGO, CA 92101 | | | Consideration: LEGAL FEES | | | | 8,083 |
| ACCOUNT NO.<br>WINSHIP & WINSHIP, PC<br>100 NORTH CENTER ST., 6TH FLOOR<br>P.O. BOX 548<br>CASPER, WY 82602-0548 | | | Incurred: 2013<br>Consideration: LEGAL FEES | | | | 1,850 |

Sheet no. __2__ of __2__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $ 36,753

Total ▶ $ 196,776
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
### District of Wyoming

In re JOHN CAMPBELL McTIERNAN, JR.

Debtor

Case No. 13-20987

Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 10,000,000 | | |
| B – Personal Property | YES | 4 | $ 532,560 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 5,655,329 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $ 45,363 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $ 196,776 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 0 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 3,157 |
| TOTAL | | 19 | $ 10,532,560 | $ 5,897,468 | |

United States Bankruptcy Court
District of Wyoming

In re  JOHN CAMPBELL McTIERNAN, JR.  Case No. 13-20987
Debtor

Chapter 11

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 34,194 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 11,169 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0 |
| Student Loan Obligations (from Schedule F) | $ 0 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0 |
| TOTAL | $ 45,363 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0 |
| Average Expenses (from Schedule J, Line 18) | $ 3,157 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 0 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 45,363 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0 |
| 4. Total from Schedule F | | $ 196,776 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 196,776 |

In re __JOHN CAMPBELL McTIERNAN, JR._____  Case No. __13-20987_____
                        Debtor                                                     (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __21__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __October 31, 2013_____  Signature: __/s/ John Campbell McTiernan, Jr.- By Gail Sistrunk, POA__
                                                                                                     Debtor

Date _____  Signature: __Not Applicable_____
                                                                                                      (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____  _____
Printed or Typed Name and Title, if any,              Social Security No.
of Bankruptcy Petition Preparer                     (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____  _____
   Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____  Signature: _____
                                                                                           _____
                                                                                          [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.