# UNITED STATES BANKRUPTCY COURT
### District of Wyoming

In re  JOHN CAMPBELL McTIERNAN, JR. ,
                           Debtor

Case No.  13-20987

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| AMERICAN EXPRESS<br>P.O. BOX 650448<br>DALLAS, TX 75265-0448 | | | | 326 |
| WINSHIP & WINSHIP, PC<br>100 NORTH CENTER ST., 6TH FLOOR<br>P.O. BOX 548<br>CASPER, WY 82602-0548 | | | | 1,850 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30583-301X-***** - PDF-XChange 3.0

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CITI CARDS PROCESSING CENTER DES MOINES, IA 50363-0005 | | | | 3,747 |
| CARDMEMBER SERVICE P.O. BOX 94014 PALATINE, IL 60094-4014 | | | | 3,882 |
| MOHATT RINALDO JOHNSON & GODWIN, LLP 2 NORTH MAIN, SUITE 301 P.O. BOX 603 SHERIDAN, WY 82801 | | | | 3,995 |
| DAVIS & CANNON, LLP 40 SOUTH MAIN STREET P.O. BOX 728 SHERIDAN, WY 82801 | | | | 4,001 |
| AMERICAN EXPRESS P.O. BOX 650448 DALLAS, TX 75265-0448 | | | | 4,525 |
| KAJAN MATHER AND BARRISH 9777 WILSHIRE BLVD., SUITE 805 BEVERLY HILLS, CA 90212 | | | | 7,175 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30583-301X-***** - PDF-XChange 3.0

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc. | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP<br>525 B STREET, SUITE 2200<br>SAN DIEGO, CA 92101 | | | | 8,083 |
| FINANCIAL SERVICES<br>1211 SUNSET PLAZA #506<br>LOS ANGELES, CA 90069 | | | | 10,375 |
| PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP<br>525 B STREET, SUITE 2200<br>SAN DIEGO, CA 92101 | | | | 15,650 |
| DONNA DUBROW PRODUCTIONS<br>259 S. WESTGATE AVENUE<br>LOS ANGELES, CA 90049 | | | | 34,194 |
| ASSOCIATED LEGAL GROUP, LLC<br>1807 CAPITOL AVENUE, SUITE 203<br>CHEYENNE, WY 82001 | | | | 39,459 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CITI CARDS PROCESSING CENTER DES MOINES, IA 50363-0005 | | | | 41,923 |
| BALLARD SPAHR LLP 1735 MARKET STREET, 51ST FLOOR PHILADELPHIA, PA 19103-7599 | | | | 51,785 |

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing list of twenty largest unsecured creditors and that it is true and correct to the best of my knowledge, information and belief.

Date  November 1, 2013

Signature  /s/ John Campbell McTiernan, Jr.- By Gail Sistrunk, POA

JOHN CAMPBELL MCTIERNAN, JR.- BY GAIL SISTRUNK, POA