JOHN CAMPBELL McTIERNAN, JR.
13-20987

## STATEMENT OF FINANCIAL AFFAIRS- EXHIBIT 18

The Debtor is a Wyoming rancher whose ranch is currently operated through a Sub Chapter S Corporation in which he owns all the stock, Bear Claw Cattle Company, Inc.

The Debtor has been a movie producer, director, promoter, for most of his life. Each time a movie* was made, he formed an entity to receive residual income to which he is entitled. Currently the entities include:

Bear Claw Pictures, Inc.

Camas Prairie, Inc.

Land/McTiernan, Inc.

Tongue River Pictures, Inc.

Ten Sleep, Inc.

Historical income from each entity is described in Exhibit 2 to the SOFA.

* The movies currently producing royalties include: The Hunt for Red October, Die Hard, Die Hard III, Basic, Predator, Last Action Hero, Medicine Man, The Thomas Crown Affair, Rollerball, and 13th Warrior.