2013 Residuals Info Q2 & Q3 — includes Foreign Levies and Amounts due Dubrow

Sheet1

| | | | | | Totals |
|---|---|---|---|---|---|
| **Q3 (July-Sept)** | | | | | |
| Bear Claw Pictures (BCP) | 1160.57 | 12103 | | | 13263.57 |
| Camas Prairie (CP) | 216.49 | 1799.36 | 1787.85 | 4264.92 135.57 | 8204.19 |
| Land/McTiernan (LmcT) | 385.58 | 3179.7 | 10865.44 | | 14430.72 |
| Ten Sleep (10S) | 199.93 | 1386.08 | | | 1586.01 |
| Tongue River Pictures (TRP) | 386.86 | 36309 | | | 36695.86 |
| John McTiernan (JmcT) | | | | | 0 |
| **Q2 (April-June)** | | | | | |
| Bear Claw Pictures (BCP) | 415.29 | | | | 415.29 |
| Camas Prairie (CP) | 999.02 | 8138.23 | 7447.69 3001.64 | | 19586.58 |
| land/McTiernan (LmcT) | 467.38 | 5742.91 | 8697.3 | | 14907.59 |
| Ten Sleep (10S) | 1922.38 | 992.56 | | | 2914.94 |
| Tongue River Pictures (TRP) | 1245.86 | | | | 1245.86 |
| John McTiernan (JmcT) | 22939.45 266 | | | | 22905.45 |
| **GROSS RESIDUALS & LEVIES** | | | | | **136156.06** |
| | | | | | |
| **DUE DONNA DUBROW** | | | | | |
| **Q3 (July-Sept)** | | | | | |
| Bear Claw Pictures (BCP) | 825.29 | 6051.5 | | | 6876.79 |
| Camas Prairie (CP) | 323.88 | 2079.12 | | | 2403 |
| Land/McTiernan (LmcT) | 192.79 | 1589.85 | | | 1782.64 |
| Ten Sleep (10S) | 35.92 | 693.04 | | | 728.96 |
| Tongue River Pictures (TRP) | 193.43 | 18154.5 | | | 18347.93 |
| John McTiernan (JmcT)  FL  4486.53 | | | | | 4486.53 |
| | | | | | 34625.85 |
| **Q2 (April-June)** | | | | | |
| Bear Claw Pictures (BCP) | 207.65 | | | | 207.65 |
| Camas Prairie (CP) | 640.21 | 2290.75 | 1489 | | 4419.96 |
| land/McTiernan (LmcT) | 934.76 | 2871.46 | | | 3806.22 |
| Ten Sleep (10S) | 71.13 | 496.26 | | | 567.39 |
| Tongue River Pictures (TRP) | 622.93 | | | | 622.93 |
| John McTiernan (JmcT) | | | | | 9624.15 |

Page 1

**EXHIBIT 2**

Sheet1

| | |
|---|---|
| NET RESIDUALS/FOREIGN LEVIES – ALL COMPANIES LESS MONIES OWED TO DUBROW | [redacted] 44250 |
| TOTAL MONIES OWED TO DUBROW Q2-Q3 2013 and balance from Q4 2012 | [redacted] |