B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

District of Wyoming

In re   John C McTiernan, Jr.           ,           Case No.   13-20987 PJM
          *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   March 2014                    Date filed:   10/18/2013

Line of Business:   Movie Products/Rancher        NAISC Code:   512110/11211

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_Gail Sistrunk, POA for John McTiernan_
Original Signature of Responsible Party

Gail Sistrunk, POA with permission of John McTiernan
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☑ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☑ | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?     ☑   ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  |  |
|---|---:|
| **TOTAL INCOME** $ | 11,500.00 |

### SUMMARY OF CASH ON HAND

|  |  |
|---|---:|
| Cash on Hand at Start of Month $ | 6,481.30 |
| Cash on Hand at End of Month $ | 3,623.81 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** $ | 3,623.81 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  |  |
|---|---:|
| **TOTAL EXPENSES** $ | 14,357.61 |

*(Exhibit C)*

## CASH PROFIT

|  |  |  |
|---|---|---:|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | | $ 11,500.00 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | | $ 14,357.61 |
| *(Subtract Line C from Line B)* | **CASH PROFIT FOR THE MONTH** | $ -2,857.61 |

Page 3

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES**  $  9,289.32

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES**  $  0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $  0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $  0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $  0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $  0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|             | Projected   | Actual      | Difference |
|-------------|-------------|-------------|------------|
| INCOME      | $           | $           | $          |
| EXPENSES    | $ 21,115.00 | $ 14,357.61 | $ 6,757.39 |
| CASH PROFIT | $           | $           | $          |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 22,000.00
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 21,115.00
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 885.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

United States Bankruptcy Court Monthly Operating Report   March 2014
John C. McTiernan, Jr.
Case No. 13-20987 – PJM

## Exhibit A

Taxes – There is presently an Installment Agreement with the IRS in place for the 2010 tax year. Bankruptcy will dictate payment plan.

## Exhibit D

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

$4,986.93 Due to Gail Sistrunk, Spouse, for expenses.  Submitted with December Report  Due 3/15/2014
$4,302.39 Due to Gail Sistrunk, Spouse, for expenses.  Submitted with Oct Nov Report  Due 2/15/2014
Payments will be made when feasible.



```
JOHN C MCTIERNAN                                    05              PAGE   1
DEBTOR IN POSSESION (CASE 13-20987)
GAIL A. SISTRUNK, ATTORNEY IN FACT                                       0 NOW
PO BOX 99
DAYTON, WY  82836
```

A STATEMENT OF YOUR ACCOUNT
01-MAR-14 THRU 31-MAR-14

| LAST STATEMENT | NO. CREDITS | AMOUNT | NO. DEBITS | AMOUNT | STATEMENT BAL |
|---|---|---|---|---|---|
| 6,481.30 + | 5 | 11,500.12 - | 45 | 14,357.61 = | 3,623.81 |

```
-- ITEMIZED TRANSACTIONS ------------------ DEBITS --- CREDITS -----------------
 3-11   Deposit by internet                                      500.00
        From Checking XXXXXXX-
        3-11-14 01:32:59
 3-26   Deposit by internet                                    5,000.00
        From Checking XXXXXXX-
        3-26-14 08:56:16
 3-31   Interest paid to account                                   0.12
 3-03   Withdrawal                            3,000.00
 3-03   HOLIDAY STNSTORHOLIDAY    3-02            4.25
        SHERIDAN WY
 3-03   HOLIDAY INN FB HOLIDAY    2-28           25.27
        SHERIDAN WY
 3-03   HOLIDAY STNSTORHOLIDAY    3-02           46.60
        SHERIDAN WY
 3-03   NEW CORNER GROCNEW CORN   3-02           54.13
        DAYTON WY
 3-03   SAFEWAY   STORE           2-27           66.99
        SHERIDAN WY
 3-03   Wal-Mart Super C          3-01          103.79
        SHERIDAN WY
 3-03   DTV*DIRECTV SERDTV*DIRE   2-28          137.00
        800-347-3288 CA
 3-03   Wal-Mart Super C          2-27          166.42
        SHERIDAN WY
 3-03   ED HAMMER COLLIED HAMME   3-01          750.00
        SHERIDAN WY
 3-03   Transfer by internet                    223.59
        To Checking XXXXXXX-
        3-01-14 15:11:25 Wrong debit card used
 3-03   BANK OF AMERICA, ONLINE PMT          1,271.79
        140303 CKF696152353POS
 3-04   LOS AGAVES      LOS AGAV  3-04           32.35
        SHERIDAN WY
 3-04   Wal-Mart Super C          3-03          115.86
        SHERIDAN WY
 3-05   NEW CORNER GROCNEW CORN   3-05           52.59
        DAYTON WY
```



JOHN C MCTIERNAN
DEBTOR IN POSSESION (CASE 13-20987)
GAIL A. SISTRUNK, ATTORNEY IN FACT
PO BOX 99
DAYTON, WY  82836

05        PAGE   2

0 NOW

A STATEMENT OF YOUR ACCOUNT
01-MAR-14 THRU   31-MAR-14

| Date | Description | Date | Amount |
|---|---|---|---|
| 3-07 | Wal-Mart Super C SHERIDAN WY | 3-06 | 88.34 |
| 3-10 | THE UPS STORE 3THE UPS SHERIDAN WY | 3-08 | 4.24 |
| 3-10 | MAVERIK #344 SHERIDAN WY | 3-09 | 6.51 |
| 3-10 | COUNTRY KITCHENCOUNTRY SHERIDAN WY | 3-09 | 22.36 |
| 3-10 | GOOD HEALTH EMPORIUM SHERIDAN WY | 3-07 | 30.04 |
| 3-10 | MAVERIK #344   MAVERIK SHERIDAN WY | 3-10 | 52.18 |
| 3-11 | Wal-Mart Super C SHERIDAN WY | 3-10 | 15.60 |
| 3-12 | NEW CORNER GROCNEW CORN DAYTON WY | 3-12 | 5.94 |
| 3-12 | FEDEX 455152553FEDEX 45 800-4633339 TN | 3-11 | 33.77 |
| 3-12 | TIME INSURANCE, INS. PYMNT 140310 0002317897 | | 1,581.62 |
| 3-17 | Withdrawal | | 2,000.00 |
| 3-18 | WAL-MART #1508 SHERIDAN WY | 3-17 | 76.94 |
| 3-18 | Wal-Mart Super C SHERIDAN WY | 3-17 | 129.89 |
| 3-21 | HOLIDAY STNSTORHOLIDAY SHERIDAN WY | 3-20 | 4.25 |
| 3-21 | HOLIDAY STNSTORHOLIDAY SHERIDAN WY | 3-20 | 49.16 |
| 3-24 | NEW CORNER GROCNEW CORN DAYTON WY | 3-23 | 54.07 |
| 3-24 | WAL-MART #1508 SHERIDAN WY | 3-21 | 185.69 |
| 3-25 | USPS 5783220498 SHERIDAN WY | 3-24 | 5.60 |
| 3-25 | WAL-MART #1508 SHERIDAN WY | 3-25 | 8.14 |
| 3-25 | #02064 ALBERTSONS SHERIDAN WY | 3-24 | 16.51 |

MEMBER FDIC



```
JOHN C MCTIERNAN                           05            PAGE    3
DEBTOR IN POSSESION (CASE 13-20987)
GAIL A. SISTRUNK, ATTORNEY IN FACT                               O NOW
PO BOX 99
DAYTON, WY  82836


                                      A STATEMENT OF YOUR ACCOUNT
                                      01-MAR-14  THRU   31-MAR-14
```

| Date | Description | Date | Amount |
|---|---|---|---|
| 3-25 | WAL-MART #1508 SHERIDAN WY | 3-24 | 84.03 |
| 3-27 | AT&T*BILL PAYMEAT&T*BIL 800-288-2020 TX | 3-27 | 115.91 |
| 3-28 | WAL-MART #1508 SHERIDAN WY | 3-27 | 160.63 |
| 3-31 | NEW CORNER GROCERY DAYTON WY | 3-30 | 13.17 |
| 3-31 | #02064 ALBERTSONS SHERIDAN WY | 3-30 | 49.49 |
| 3-31 | NEW CORNER GROCNEW CORN DAYTON WY | 3-29 | 55.41 |
| 3-31 | MDU, WEB Pay 140328 7587558215 | | 411.06 |
| 3-31 | MDU, WEB Pay 140328 3507621000 | | 436.62 |
| 3-31 | MDU, WEB Pay 140328 1507621000 | | 612.81 |

-- DEPOSITS --

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 3-04 | 1,000.00 | 3-11 | 5,000.00 | | |

-- CHECKS --

| CHK # | DATE | AMOUNT | CHK # | DATE | AMOUNT | CHK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3016 | 3-13 | 1,997.00 | | | | | | |

-- BALANCES --

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 3-03 | 631.47 | 3-12 | 5,090.07 | 3-25 | 478.79 |
| 3-04 | 1,483.26 | 3-13 | 3,093.07 | 3-26 | 5,478.79 |
| 3-05 | 1,430.67 | 3-17 | 1,093.07 | 3-27 | 5,362.88 |
| 3-07 | 1,342.33 | 3-18 | 886.24 | 3-28 | 5,202.25 |
| 3-10 | 1,227.00 | 3-21 | 832.83 | 3-31 | 3,623.81 |
| 3-11 | 6,711.40 | 3-24 | 593.07 | | |



EQUAL HOUSING LENDER

MEMBER FDIC



**Cowboy State BANK**

www.cowboystatebank.com

JOHN C MCTIERNAN
DEBTOR IN POSSESION (CASE 13-20987)
GAIL A. SISTRUNK, ATTORNEY IN FACT
PO BOX 99
DAYTON, WY 82836

05            PAGE   4

0 NOW

A STATEMENT OF YOUR ACCOUNT
01-MAR-14 THRU   31-MAR-14

|                           | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---------------------------|-----------------------|--------------------|
| Total overdraft fees      | $0.00                 | $0.00              |
| Total returned item fees  | $0.00                 | $0.00              |

Average balance                $2,734.21
Number of days                       31

ANNUAL PERCENTAGE YIELD CALCULATION

DAYS IN INTEREST PERIOD              31
AVERAGE BALANCE INT PERIOD      2734.21
AMOUNT OF INTEREST EARNED          0.12
ANNUAL PERCENTAGE YIELD EARNED    0.05%
YEAR TO DATE INTEREST PAID         0.44

HIGH SECURITY!! CALL US ABOUT SAFE DEPOSIT BOX RENTALS
CALL 655-2291 FOR SIZES & PRICES



EQUAL HOUSING LENDER

MEMBER FDIC