IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

FILED
2:53 pm, 5/20/14
Tim J. Ellis
Clerk of Court

| | |
|---|---|
| In re ) | |
| ) | |
| JOHN CAMPBELL MCTIERNAN, JR. ) | Case No.  13-20987 |
| ) | Chapter 11 |
| Debtor. ) | |

## ORDER VACATING HEARING ON MOTION TO CONVERT
## AND
## SCHEDULING ORDER REGARDING DISCOVERY

UPON REVIEW of the record, the Court finds, and

IT IS ORDERED that the evidentiary hearing on the Motion to Convert Case from Chapter 9 or 11 to Chapter 7 filed on behalf of First Interstate Bank by James R. Belcher and the Debtor's response scheduled for June 4, 2014 is vacated

IT IS FURTHER ORDERED that:

1.     Discovery shall be conducted so that the response and completion date of any discovery requested, including the inspection request, is no later than **June 13, 2014.**

2.     Disclosure of expert testimony shall be made on or before **June 27, 2014.**

3.     Unless resolved before, an evidentiary hearing will be held before the court on **July 8, 2014 at 10:00 a.m.,** in the Bankruptcy Courtroom, 2120 Capitol Avenue, 8th Floor, Cheyenne, Wyoming. Any party requesting participation by video conferencing from a location other than Cheyenne, Wyoming shall refer to Local Bankruptcy Rule 9074-2.

4.     On or before **July 2, 2014,** any party intending to introduce exhibits or call witnesses at the hearing shall file a schedule of proposed exhibits and anticipated witnesses and shall serve the schedule and copies of the proposed exhibits on all parties. The schedule and two copies of the proposed exhibits shall also be provided to the Judge's chambers by that date. If the documents consist of ten or fewer pages, the schedule and copies of the exhibits may be faxed to the Judge's chambers at 307-433-2255. If the list and proposed exhibits consist of more than ten pages, the documents must be provided directly to The

Honorable Peter McNiff, U.S. Bankruptcy Court, 2120 Capitol Avenue, Suite 8024, Cheyenne, Wyoming 82001.

The copies of the exhibits shall not be filed with the clerk. Counsel should retain original exhibits for introduction at the hearing.

DATED this 20th day of May, 2014.

BY THE COURT

HONORABLE PETER J. MCNIFF
United States Bankruptcy Judge

Service to:
Ken McCartney
James Belcher