United States Bankruptcy Court
District of Wyoming

In re:
John Campbell McTiernan, Jr.
    Debtor

Case No. 13-20987-pjm
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 1089-2    User: mxncrt    Page 1 of 1    Date Rcvd: Jul 25, 2014
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2014.
db        +John Campbell McTiernan, Jr.,    P.O. Box 99,    Dayton, WY 82836-0099

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2014        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2014 at the address(es) listed below:
       Daniel J. Morse    on behalf of U.S. Trustee    US Trustee daniel.j.morse@usdoj.gov
       Dennis M. Kirven    on behalf of Creditor    Donna Dubrow Productions dkirven@wyoming.com, vendla@kirvenlaw.com
       James R. Belcher    on behalf of Creditor    First Interstate Bank jbelcher@crowleyfleck.com, jwacker@crowleyfleck.com
       Ken McCartney    on behalf of Debtor John Campbell McTiernan, Jr. bnkrpcyrep@aol.com, lokmpc2008@msn.com;jillwah2008@msn.com
       Lori A. McMullen    on behalf of Creditor    First Interstate Bank lmcmullen@crowleyfleck.com
       Phillip T. Willoughby    on behalf of Creditor John C. Willson ptwilloughby@bresnan.net
       Timothy M. Stubson    on behalf of Creditor    First Interstate Bank tstubson@crowleyfleck.com
       US Trustee    USTPRegion19.cy.ecf@usdoj.gov
     TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

In re )
 )
JOHN CAMPBELL MCTIERRNAN, JR. ) Case No. 13-20987
 ) Chapter 11
Debtor. )

FILED
2:58 pm, 7/25/14
Tim J. Ellis
Clerk of Court

### ORDER RESCHEDULING EVIDENTIARY HEARING ON MOTION TO CONVERT CASE

Upon review of the Stipulation filed July 21, 2014, IT IS ORDERED and notice is hereby given that the evidentiary hearing on First Interstate Bank's Motion to Convert from Chapter 11 to Chapter 7 and the Debtor's objection therefore scheduled for July 8, 2014 is RESCHEDULED and will be held in the Bankruptcy Courtroom, 2120 Capitol Avenue, 8th Floor, Cheyenne, Wyoming, on **August 27, 2014 at 9:00 a.m.** Any party requesting participation by video conferencing from a location other than Cheyenne, Wyoming shall refer to Local Bankruptcy Rule 9074-2.

On or before **August 20, 2014**, any party intending to introduce exhibits or call witnesses at the hearing shall file a schedule of proposed exhibits and anticipated witnesses and shall serve the schedule and copies of the proposed exhibits on all parties. The schedule and copies of the proposed exhibits shall also be provided to the Judge's chambers by that date. If the documents consist of ten or fewer pages, the schedule and copies of the exhibits may be faxed to the Judge's chambers at 307-433-2255. If the list and proposed exhibits consist of more than ten pages, the documents must be provided directly to The Honorable Peter McNiff, U.S. Bankruptcy Court, 2120 Capitol Avenue, Suite 8024, Cheyenne, Wyoming 82001.

DATED this 25th day of July, 2014.

By the Court

_____Peter J. McNiff_____
HONORABLE PETER J. MCNIFF
United States Bankruptcy Judge

Service to:
  Ken McCartney
  James Belcher