Jay A. Gilbertz, WSB No. 6-3087
YONKEE & TONER, LLP
319 West Dow Street
P. O. Box 6288
Sheridan, WY 82801-1688
Ph: (307) 674-7451
Fx: (307) 672-6250
jgilbertz@yonkeetoner.com
*Attorneys for Creditor James L. Jellis*

FILED AT THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2015 DEC 11   PM 1: 03

TIM J. ELLIS, CLERK

BY_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

In re:                                )
                                      )
JOHN CAMPBELL MCTIERNAN, JR.          )        Case No. 13-20987
                                      )
            Debtor.                   )

## Entry of Appearance

Please enter the appearance of Jay A. Gilbertz, Yonkee & Toner, LLP, as co-counsel for Creditor

James L. Jellis in the above-referenced matter. It is requested, pursuant to F.R.B.P. Rules 2002 and

9010, that all pleadings or other documents be served to the following address:

Jay A. Gilbertz, WSB No. 6-3087
YONKEE & TONER, LLP
319 West Dow Street
P. O. Box 6288
Sheridan, WY 82801-1688
Ph: (307) 674-7451
Fx: (307) 672-6250
jgilbertz@yonkeetoner.com

DATED this _9th_ day of December, 2015.

Jay A. Gilbertz, WSB No. 6-3087
YONKEE & TONER, LLP
319 West Dow Street
P. O. Box 6288
Sheridan, WY 82801-1688
Ph: (307) 674-7451
Fax: (307) 672-6250
jgilbertz@yonkeetoner.com
Attorneys for James L. Jellis

## CERTIFICATE OF SERVICE

     I hereby certify that on the _9th_ day of December, 2015, I caused the foregoing to be served on the other parties by depositing a copy of the same in the United States mail, postage prepaid, at Sheridan, Wyoming, and duly addressed to:

Daniel Morse
Assistant US Trustee
308 West 21st Street, Room 203
Cheyenne, WY 82001

Ken McCartney
The Law Offices of Ken McCartney, P.C.
P.O. Box 1364
Cheyenne, WY 82003
*Attorney for Debtor*

James R. Belcher
Crowley Fleck PLLP
237 Storey Boulevard, Suite 110
Cheyenne, WY 82009-3592

Yonkee & Toner, LLP